Jeanne Matthews Bender
Jason S. Ritchie
Michael P. Manning
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| GUY BOYLES, | No. CV-10-134-BLG-RFC |
| Plaintiff, | |
| | STIPULATION FOR DISMISSAL |
| vs. | |
| STILLWATER MINING COMPANY, | |
| Defendant. | |

The undersigned parties, through their attorneys of record, hereby stipulate that their respective claims in this proceeding be dismissed with prejudice, each party to bear its own costs.

DATED this 3rd day of May, 2012.

        /s/ Jason S. Ritchie
        Jason S. Ritchie
        Holland & Hart LLP

        ATTORNEYS FOR DEFENDANT


        /s/ Paul Luwe
        Paul Luwe
        Walton & Luwe

        ATTORNEY FOR PLAINTIFF

5573209_1