FILED
MAY 03 2012
PATRICK E. DUFFY, CLERK
BY_____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| GUY BOYLES, | No. CV-10-134-BLG-RFC |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL WITH PREJUDICE |
| STILLWATER MINING COMPANY, | |
| Defendant. | |

Upon a Stipulation for Dismissal having been filed by the parties,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice with each party to bear its own fees and costs.

DATED this 3rd day of May, 2012.

_____
The Honorable Richard D. Cebull
United States District Court Judge